

MEMO ENDORSED

November 16, 2022

**Via ECF**

Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    *Re:*   *Evalyce Grasty v. Evelyn Olivo, et al.*
        *Docket No. 7:22-CV-07791 (KMK)*
        *Our File No.  :  215.861*

Dear Judge Karas:

  We represent the defendants in the above-referenced matter, and we are writing on behalf of both the plaintiff and the defendants. Following our conference with Your Honor this afternoon, Mr. Shafran and I were able to confer over the telephone, and we have come to an agreement that the case should remain in federal court. Therefore, plaintiff will not be seeking to remand the case. If it meets with Your Honor's approval, the parties will now proceed with our Rule 26(f) Planning Meeting and will file the Rule 26(f) Planning Report following same.

  Thank you for hearing the parties out during our pre-motion conference this afternoon.

       Respectfully submitted,

       RUTHERFORD & CHRISTIE, LLP

       David S. Rutherford

cc: SHAFRAN & ROCK, PLLC
   730 Broadway
   Kingston, New York 12401
   Attention: Howard E. Shafran, Esq.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

11/17/2022

800 Third Avenue
9th Floor
New York, NY 10022-7649
T: (212) 599-5799 | F: (212) 599-5162
www.RutherfordChristie.com